

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Scott Lee Martin, Appellant

No. 06-24-00044-CR          v.

The State of Texas, Appellee

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 30547). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice Rambin.


As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below.  Therefore, we reverse the trial court's judgment of conviction and render a judgment of acquittal.

We further order that the appellee, the State of Texas, pay all costs of this appeal.


RENDERED OCTOBER 25, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE


ATTEST:
Debra K. Autrey, Clerk